IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
APR -4 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 3:07-CR-71-WKW |
| CHARLES THOMAS GADDY, JR. | ) [18 USC 2252A(a)(5)(B)] |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about May 30, 2006, within the Middle District of Alabama, the defendant,

**CHARLES THOMAS GADDY, JR.,**

did knowingly possess computer disks, digital electronic storage media, and other materials that contain images of child pornography that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
SUSAN R. REDMOND
Assistant United States Attorney