## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.       ) | Case No.: 3:07cr71-WKW |
| ) | |
| **CHARLES T. GADDY, JR.** ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, **CHARLES T. GADDY, JR.,** in the above-styled case.

Dated this 17th day of April, 2007.

                                    Respectfully submitted,

                                    s/Jennifer A. Hart
                                    **JENNIFER A. HART**
                                    FEDERAL DEFENDERS
                                    MIDDLE DISTRICT OF ALABAMA
                                    201 Monroe Street, Suite 407
                                    Montgomery, AL 36104
                                    Phone: (334) 834-2099
                                    Fax: (334) 834-0353
                                    jennifer_hart@fd.org
                                    AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney

      Respectfully submitted,

      s/Jennifer A. Hart
      **JENNIFER A. HART**
      FEDERAL DEFENDERS
      MIDDLE DISTRICT OF ALABAMA
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      jennifer_hart@fd.org
      AL Bar Code: HAR189