### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v** ) | **CR. NO. 3:07CR-71-WKW** |
| ) | |
| **CHARLES THOMAS GADDY, JR.** ) | |

### ORDER

For good cause, it is

**ORDERED** that the detention hearing commenced today be and is hereby **CONTINUED** to **April 24, 2007 at 11:00 a.m.,** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 18th day of April, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE