FILED
JUN 1 3 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-71-WKW |
| | ) | [18 USC 2252A(a)(5)(B); |
| CHARLES THOMAS GADDY, JR. | ) | 18 USC 2250] |
| | ) | |
| | ) | SUPERSEDING INDICTMENT |

The Grand Jury charges:

COUNT 1

On or about May 30, 2006, within the Middle District of Alabama, the defendant,

CHARLES THOMAS GADDY, JR.,

did knowingly possess computer disks, digital electronic storage media, and other materials that contain images of child pornography that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

COUNT 2

On or about April 12, 2007, within the Middle District of Alabama, the defendant,

CHARLES THOMAS GADDY, JR.,

a sex offender by reason of a conviction under the laws of the State of Alabama (CC 01-583), knowingly failed to update a registration as required by the Sex Offender Registration and

Notification Act, in violation of Title 18, United States Code, Section 2250.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
SUSAN R. REDMOND
Assistant United States Attorney