IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES O F AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.   3:07CR-71-WKW |
| | ) | |
| CHARLES THOMAS GADDY, JR. | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **June 27, 2007** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

**CHARLES THOMAS GADDY, JR.**

before the United States District Court at Montgomery, Alabama in **Courtroom 5-A** on the **27**[TH]

day of **June, 2007** at **10:30 o'clock a. m**.

DONE this 14th day of June 2007.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

cc:   U.S. Attorney
      U.S. Pretrial Services
      U.S. Probation
      Federal Defenders