IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-71-WKW |
| | ) | |
| CHARLES THOMAS GADDY, JR. | ) | |
| | ) | |

MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment, heretofore filed on April 4, 2007, in the above styled cause, on the following grounds, to wit:

SUPERSEDING INDICTMENT FILED

Respectfully submitted this the 14th day of June, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-71-WKW |
| | ) | |
| CHARLES THOMAS GADDY, JR. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on July 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Jennifer A. Hart, Esquire.

    Respectfully submitted,

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-71-WKW |
| | ) | |
| CHARLES THOMAS GADDY, JR. | ) | |
| | ) | |

O R D E R

    Upon consideration of the Motion for Leave to Dismiss Indictment , heretofore filed on April 4, 2007, in the above styled cause, and for good cause shown, SUPERSEDING INDICTMENT FILED, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

    DONE this _____ day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE