## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **Case No. 3:07CR-71-WKW** |
| ) | |
| **CHARLES THOMAS GADDY, JR.** ) | |

### PRETRIAL CONFERENCE ORDER

A pretrial conference was held on June 18, 2007, before the undersigned Magistrate Judge. Present at this conference was the Honorable Jennifer Hart, counsel for the defendant, and Assistant United States Attorney Susan Redmond, counsel for the government. As a result of the conference, it is

**ORDERED** as follows:

1. Jury selection is set for **August 6, 2007**. The trial of this case is set for the trial term commencing on **August 6, 2007** before **United States District William Keith Watkins** and is expected to last two (2) days for trial.

2. The following motion is currently pending: *Motion for Leave to Dismiss Indictment previously filed on April 4, 2007, to wit: Superseding Indictment filed*.

3. Proposed voir dire questions shall be filed on or before **July 30, 2007.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All Motions in Limine shall be filed on or before **July 30, 2007**. Motions in Limine must be accompanied by a brief. Failure to file a brief will result in denial of the

motion.

     5.  Proposed jury instructions shall be filed on or before **July 30, 2007.**

     6.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before **noon** on **July 25, 2007.**  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **August 6, 2007.**  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **August 6, 2007**, as to all defendants, even though a particular guilty plea was not accepted by the court.

     Done this 18th day of June, 2007.

                                              /s/Charles S. Coody  
                                            CHARLES S. COODY  
                                            CHIEF UNITED STATES MAGISTRATE JUDGE