IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    )<br>)<br>CHARLES THOMAS GADDY, JR.  )<br>) | CASE NO. 3:07-CR-71-WKW |

**<u>ORDER</u>**

Before the court is the United States of America's Motion for Leave to Dismiss Indictment (Doc. # 19), stating as grounds the issuance of a superceding indictment. Rule 48 of the Federal Rules of Criminal Procedure provides that the Government "may, with leave of court, dismiss an indictment . . . ." Fed. R. Crim. P. 48(a). Accordingly, it is ORDERED that the motion is GRANTED and the Government is granted leave to file its dismissal of the indictment.

DONE this 21st day of June, 2007.

       /s/ W. Keith Watkins
       UNITED STATES DISTRICT JUDGE