IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Case No.: 3:07cr71-WKW |
| ) | |
| **CHARLES T. GADDY, JR.**   ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Charles T. Gaddy, by and through his undersigned counsel, Jennifer A. Hart, and pursuant to 18 U.S.C. § 3161(h)(6); (h)(8)(A); and (h)(8)(B)(ii), moves this Court to continue this case beyond the presently scheduled trial date of August 6, 2007. As grounds for granting this Motion, Defendant would show the following:

1. On April 4, 2007, the government charged Mr. Gaddy in a one-count Indictment with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

2. On April 24, 2007, Mr. Gaddy entered a not guilty plea to the charge and was ordered detained.

3. The case was set for trial on August 6, 2007.

4. On June 13, 2007, the Government filed a Superseding Indictment in this case in which it charged Mr. Gaddy with the additional offense of failing to update the registration required by the Sex Offender Registration and Notification Act, in violation of Title 18 U.S.C. § 2250.

5. Today, Mr. Gaddy was arraigned on the superseding indictment and again entered a plea of not guilty.

6. Prior to this second arraignment, the Government provided Mr. Gaddy was an additional 400 pages of discovery.

7. In addition to the fact that Mr. Gaddy will need adequate time to review this new discovery, Mr. Gaddy will also need additional time to research the evolving law concerning Count 2 of the superseding indictment. It is Mr. Gaddy's understanding that such a charge is the first of its nature in this jurisdiction but that there is an abundance of ongoing litigation concerning this statute. Therefore, it is in the interest of justice to allow Mr. Gaddy adequate time to explore this novel question of law.

8. Mr. Gaddy asserts that the additional charge and discovery may lead to pretrial motions which they Court will need time to address prior to the trial term or consent docket.

9. For all of these reasons, Mr. Gaddy is requesting that his case be continued beyond the August 2007 trial term.

10. The Government, through Assistant United States Attorney Susan Redmond, has no opposition to the granting of this Motion.

**WHEREFORE,** based upon the foregoing, Charles Gaddy respectfully requests that his trial be continued beyond the presently scheduled date of August 6, 2007.

Dated this 27th day of June, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney

                                         Respectfully submitted,

                                         s/Jennifer A. Hart
                                         **JENNIFER A. HART**
                                         FEDERAL DEFENDERS
                                         MIDDLE DISTRICT OF ALABAMA
                                         201 Monroe Street, Suite 407
                                         Montgomery, AL 36104
                                         Phone: (334) 834-2099
                                         Fax: (334) 834-0353
                                         jennifer_hart@fd.org
                                         AL Bar Code: HAR189