# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v** ) | **CR. NO. 3:07-CR-71-WKW** |
| ) | |
| **CHARLES THOMAS GADDY, JR.** ) | |

## ORDER

Upon consideration of the *Motion to Substitute Counsel,* (doc. #31) filed by the defendant, it is

**ORDERED** that the motion be and is hereby **GRANTED**. Assistant Federal Defender Don Bethel shall represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

Done this 30th day of October, 2007.

　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE