IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cr-71-WKW |
| | ) | |
| **CHARLES THOMAS GADDY, JR.** | ) | |

**O R D E R**

In anticipation of the Judicial Council's approval of the Middle District of Alabama's Amended Plan for the Qualification and Random Selection of Grand and Petit Jurors, it is ORDERED that the trial of this matter is CONTINUED from February 4, 2008, to the criminal term of court beginning on **February 11, 2008, at 10:00 a.m.**, and will be conducted in the United States District Courthouse in Opelika, Alabama. Though the case will appear on Judge Harold Albritton's docket, the undersigned will continue to manage the case.

DONE this 4th day of December, 2007.

                                                                      /s/  W. Keith Watkins  
                                                                   UNITED STATES DISTRICT JUDGE