IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:07cr71-WHA |
| | ) | |
| **CHARLES T. GADDY, JR.** | ) | |

### THIRD MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Charles T. Gaddy, by and through his undersigned counsel, Donnie W. Bethel, and pursuant to 18 U.S.C. § 3161(h)(6); (h)(8)(A); and (h)(8)(B)(ii), moves this Court to continue this case from the presently scheduled trial date of February 11, 2008, to the Court's trial term that begins on June 23, 2008. As grounds for granting this Motion, Defendant would show the following:

1.     Undersigned Counsel is continuing to sort through the ramifications of recent appellate cases involving the Sex Offender Registration and Notification Act. Further, the parties are continuing their negotiations to resolve this case by way of a guilty plea. However, those negotiations are unlikely to be concluded prior to the currently-scheduled trial date of February 11, 2008.

2.     The Government, through Assistant United States Attorney Susan Redmond, does not oppose this Motion.

**WHEREFORE,** based upon the foregoing, Mr. Gaddy respectfully requests that his trial be continued from the presently scheduled trial date of February 11, 2008, to the Court's

trial term that begins on June 23, 2008.

    Dated this 31st day of January, 2008.

                          Respectfully submitted,

                          s/ Donnie W. Bethel
                          DONNIE W. BETHEL
                          Assistant Federal Defender
                          201 Monroe Street, Suite 407
                          Montgomery, Alabama 36104
                          Phone: (334) 834-2099
                          Fax: (334) 834-0353
                          E-mail:don_bethel@fd.org
                          IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 3:07cr71-WHA |
| ) | |
| **CHARLES T. GADDY, JR.** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Susan R. Redmond, Assistant United States Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49