IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 3:07cr071-WHA |
| CHARLES THOMAS GADDY, JR. | ) | |

## **ORDER**

This case is before the court on Defendant's Third Motion to Continue Trial (Doc. #37), which the United States does not oppose.

Following a conference with counsel, the court finds that the ends of justice to be served by granting the requested continuance outweigh the rights of the Defendant and the public to a speedy trial. This is for the reason that defense counsel is in need of additional time to research and consider case law currently developing throughout the country concerning the Sex Offender Registration and Notification Act for the purpose of either negotiating a guilty plea or adequately preparing for defense at trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing February 11, 2008, to the term of court commencing June 23, 2008, in Opelika, Alabama.

DONE this 31st day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE