FILED
FILED

MAR 4 2008
2 4 2008

CLERK
CLERK COURT
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-CR-71-WHA |
| | ) | |
| CHARLES THOMAS GADDY, JR. | ) | |

## CONSENT

I, **Charles Thomas Gaddy, Jr.**, hereby declare my intention to enter a plea of

guilty in the above case, and after conferring with my lawyer, I hereby consent to have a

United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal

Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me

guilty based on my plea of guilty. I understand that the District Judge to whom this case is

assigned will decide later whether to accept or reject any plea agreement I may have with

the United States and will impose sentence.

Done this the 24th day of March, 2008.

_____
Defendant

_____
Attorney