IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs.                        ) | CR. NO. 3:07cr071-WHA-01 |
| CHARLES THOMAS GADDY, JR.  ) | |

## ORDER

At the request of the United States Probation Office, the sentencing of the Defendant in this case, previously set for May 28, 2008, is CONTINUED and RESET for Thursday, June 5, 2008, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 18th day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE