## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                              ) | Case No.: 3:07cr71-WHA |
| ) | |
| **CHARLES T. GADDY, JR.**       ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, **CHARLES T. GADDY, JR.**, through undersigned counsel, Kevin L. Butler, and moves this Court, pursuant to Fed. R. Crim. P. 32(b)(2), to continue the sentencing hearing in this matter. In support of this Motion, Mr. Gaddy would show the following:

1. The sentencing hearing in this case is now set for June 5, 2008.

2. Lead counsel on this case, Donnie W. Bethel, Esquire, will be on military duty beginning June 2 thru June 6, 2008.

3. Though the parties have entered into a binding plea agreement, multiple sentencing objections have been filed.

4. In order to allow for continuity of counsel and full resolution of objections to the PSI, it is in the interest of justice to continue the sentencing hearing until on or after June 9, 2008.

5. The United States does not oppose this requested continuance.

**WHEREFORE**, for the foregoing reasons, Mr. Gaddy respectfully requests that the Court continue the sentencing hearing in this case from the presently scheduled date of June 5, 2008 until on or after June 9, 2008..

Dated this 30th day of May, 2008.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 3:07cr71-WHA |
| ) | |
| CHARLES T. GADDY, JR.   ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan R. Redmond, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138