IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:07cr071-WHA |
| CHARLES THOMAS GADDY, JR. ) | |

**ORDER**

Upon consideration of the Unopposed Motion to Continue Sentencing (Doc. # 47), the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from June 5, 2008, and RESET for Wednesday, June 11, 2008, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 2nd day of June, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE