

# REFORMED MINISTRIES INTERNATIONAL, INC.

"God is the great king over all the earth."
Ps. 47:2

May 30, 2008

The Honorable W. Harold Albritton
U.S Middle Court of Alabama

Your Honor:

I would like to commend to you Mr. Charles Gaddy, who will come before you soon. Mr. Gaddy has been jailed, first in Opelika, and more recently in Montgomery.

He has, I am convinced, completely renounced the addiction which brought him to the prison. He studies continually the scriptures, and Christian books of real weight and significance, and he pursues the character qualities described therein. While he was in Opelika, I visited him frequently, often weekly, for study and discipling.

He has much to offer our society, has a great interest in our civil government and social health, and will be of real usefulness when released.

I pray that he will find consideration and mercy, and that he may be quickly brought back into society.

Sincerely,

Peter R. Doyle

Peter R. Doyle, President
Reformed Ministries International, Inc.

Reformed Ministries International, Inc.         Dr. Peter Doyle, President
P.O. Box 7671                                    3800 Flintwood Lane
Macon, Georgia 31209                             Opelika, Alabama 36804
Tel/Fax (478) 742-0323                           Tel/Fax (334) 742-0620